STATE OF NEW JERSEY v. THOMAS AFFINITO.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN BOYD.

February 6, 1984.

Petition for certification denied.

IN THE MATTER OF DWIGHT JACKSON.

February 6, 1984.

Petition for certification denied.

KELLER REALTY ASSOCIATES, INC. v.
VP REALTY CO.

February 6, 1984.

Petition for certification denied.